IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-273-D

| | |
|---|---|
| RDU AUTO SALES, INC., <br> Plaintiff, <br><br> v. <br><br> RDU AUTO BROKERS LLC, <br> Defendant. | ) <br> ) <br> ) <br> ) **ENTRY OF DEFAULT** <br> ) <br> ) <br> ) |

This matter is before the clerk on the motion for entry of default [DE-11] filed by plaintiff.

The record shows that defendant RDU Auto Brokers LLC was served on June 15, 2018 [DE-8], and has failed to timely answer or otherwise defend in this action. Accordingly, default is hereby entered against defendant RDU Auto Brokers LLC pursuant Fed. R. Civ. P. 55(a).

SO ORDERED. This the 18 day of September, 2018.

Peter A. Moore, Jr.
Clerk of Court