IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:18-CV-273-D

| | |
|---|---|
| RDU AUTO SALES INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| RDU AUTO BROKERS LLC, ) | |
| ) | |
| Defendant. ) | |

On June 13, 2018, RDU Auto Sales Inc. ("plaintiff") filed a complaint against RDU Auto Brokers LLC ("defendant"). See [D.E. 1]. On June 15, 2018, defendant was served. See [D.E. 8]. Defendant failed to submit a timely answer to the complaint. On August 23, 2018, plaintiff requested entry of default against defendant. See [D.E. 11]; Fed. R. Civ. P. 55(a). On September 18, 2018, plaintiff was granted entry of default. See [D.E. 13].

On December 14, 2018, plaintiff applied for a default judgment against defendant. See [D.E. 15]. The motion [D.E. 15] is GRANTED. Plaintiff is AWARDED $6,359.51 in attorney's fees and costs. Defendant is ENJOINED from using RDU AUTO BROKERS mark in connection with its business. Defendant also is ORDERED to redesign the logo on its business sign.

SO ORDERED. This **18** day of January 2019

                                                   JAMES C. DEVER III
                                                   United States District Judge