UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| RDU AUTO, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | **DEFAULT JUDGMENT IN A** |
| ) | **CIVIL CASE** |
| v. ) | **CASE NO. 5:18-cv-273-D** |
| ) | |
| RDU AUTO BROKERS LLC, ) | |
| ) | |
| Defendant. ) | |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that Plaintiff is AWARDED $6,359.51 in attorney's fees and costs. Defendant is ENJOINED from using RDU AUTO BROKERS mark in connection with its business. Defendant also is ORDERED to redesign the logo on its business sign.

**This Judgment Filed and Entered on January 28, 2019, and Copies To:**

Anna Berney Miller(via CM/ECF electronic notification)

DATE:PETER A. MOORE, JR., CLERK

January 28, 2019(By) /s/ Nicole Sellers
 Deputy Clerk